

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00705-CR

Sara Joyce Ellen **BUENDIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-0446-CR-A
Honorable W.C. Kirkendall, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 26, 2017.

Marialyn Barnard, Justice